UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23440-BLOOM/Louis

WILLIE FRANK WALKER,

    Plaintiff,

v.

ASHLEY MOODY, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon a *sua sponte* review of the record. *Pro se* Plaintiff filed a complaint, ECF No. [1] on August 19, 2020. That same day, the Court dismissed the then-pending complaint without prejudice and Ordered Plaintiff to file an amended complaint asserting a basis for the Court's jurisdiction and relief. ECF No. [4] ("Order"). In the Order, the Court explained that the complaint failed to allege grounds for federal court jurisdiction, and that Plaintiff failed to set forth an actionable claim upon which relief could be granted.

Plaintiff has now filed an Amended Complaint, ECF No. [6], but the pleading still fails to cure the deficiencies in the original complaint. For example, the Amended Complaint states that this Court "lacks subject matter and personal jurisdiction," this Court must "provide it has subject matter jurisdiction," and Florida state courts lacked jurisdiction over him. *Id.* Although the Court construes *pro se* filings more leniently than pleadings drafted by counsel, the Court again cannot discern a basis for its jurisdiction or a cause of action.

Accordingly, it is **ORDERED AND ADJUDGED** that the Amended Complaint, **ECF No.**

Case No. 20-23440-BLOOM/Louis

**[6]**, is **DISMISSED**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of September, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Willie Frank Walker
3311 N.W. 182nd Street
Miami Gardens, FL 33056